UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

DEC 20 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                INDICTMENT NO. 6:18-CR-64 CHB

ERIC WAYNE COLLINS,
GENE JONES, II,
NIGEL MEDLIN, and
SEAN FREDRICK

THE GRAND JURY CHARGES:

## COUNT 1
## 18 U.S.C. § 1201(a)(1)

On or about April 2, 2017, in Laurel County, in the Eastern District of Kentucky,

**ERIC WAYNE COLLINS,
GENE JONES, II,
NIGEL MEDLIN, and
SEAN FREDRICK,**

aided and abetted by each other and others, did willfully and unlawfully kidnap, abduct, seize, confine, and carry away T.F, J.F., and J.S.E., and hold each of them for the purpose of assault, and did use a means, facility, and instrumentality of interstate commerce, to wit: the Facebook Messenger application accessing the Internet, Interstate 75, U.S. Highway 25, and a white, 2006 Pontiac Torrent, in committing and in furtherance of the commission of such offense, all in violation of 18 U.S.C. § 1201(a)(1).

## COUNT 2
## 18 U.S.C. § 924(c)

On or about April 2, 2017, in Laurel County, in the Eastern District of Kentucky,

**ERIC WAYNE COLLINS,**
**GENE JONES, II, and**
**NIGEL MEDLIN,**

aided and abetted by each other and others, did knowingly brandish, use, and carry a firearm during and in relation to a crime of violence for which each may be prosecuted in a Court of the United States, as set forth in Count 1, that is, kidnapping, all in violation of 18 U.S.C. § 924(c)(1)(A).

**A TRUE BILL**



ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Any term of years to life imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**COUNT 2:** Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**If the firearm was brandished:** Not less than 7 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.